UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL |||
|---|---|---|
| CASE TITLE:<br>Courtney Linde, et al.<br><br>v.<br><br>Arab Bank, PLC | USCA DOCKET NUMBER:<br>10-4519-cv(L); 10-4524-cv(CON) | COUNSEL'S NAME:<br>James P. Bonner |
| | DISTRICT/AGENCY:<br><br>E.D.N.Y. | COUNSEL'S ADDRESS:<br>Stone Bonner & Rocco LLP<br>260 Madison Ave, 17th Floor<br>New York, New York 10016 |
| | DISTRICT/AGENCY NUMBER:<br>04-cv-2799(NG)(VVP) | DATE:<br>January 30, 2013 |

Counsel for
 Plaintiffs-Appellees
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
 Defendant-Appellant
and in favor of
 Plaintiffs-Appellees
for insertion in the mandate.

| | |
|---|---|
| Docketing Fee | $0.00 |
| Costs of printing appendix (necessary copies  16/14  ) | $2,204.76 |
| Costs of printing brief (necessary copies  19  ) | $1,364.19 |
| Costs of printing reply brief (necessary copies ____ ) | $0.00 |

**(VERIFICATION HERE)**

/s/ James P. Bonner

Signature

Rev. April, 2011



**229 West 36th Street, New York, NY 10018**
Phone (212) 619-4949   Fax (212) 220-2767
e-mail: accounting@recordpress.com
Federal I.D. Number 13-5654060

# INVOICE 82845

Refer To Invoice # with Payment

| | |
|---|---|
| INVOICE DATE | 5/17/2011 |
| CUSTOMER PHONE | 212 239-4340 |
| CUSTOMER FAX | 212 239-4310 |

SOLD TO:
JAMES P. BONNER, ESQ.
STONE BONNER & ROCCO LLP
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, N.Y. 10016-2401

| PURCHASE ORDER | PRINT ORDER No. | Due Date | NET TERMS | ACCT... | PROGRAM No. | JOB NUMBER |
|---|---|---|---|---|---|---|
| | | 5/17/2011 | UPON RECEIPT | VM | | 29406 |

### LINDE vs. ARAB BANK

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | For printing and binding copies of the above-referenced: CONFIDENTIAL/NON-CONFIDENTIAL APPENDIX United States Court of Appeals for the Second Circuit | | |
| 1 | 2-Sided Cover @ | 150.00 | 150.00 |
| 2,301 | CONFIDENTIAL: 177 Pages Text x 13 Copies @ | 0.17 | 391.17 |
| 1,947 | NON CONFIDENTIAL: 177 Pages Text x 11 Copies @ | 0.17 | 330.99 |
| 3,406 | UNDER SEAL VOLUME II: 262 Pages Text x 13 Copies @ | 0.17 | 579.02 |
| 37 | Perfect Bound Books @ | 3.00 | 111.00 |
| 8 | Reformat Pages Table of Contents (Client Prepared Draft) @ | 55.00 | 440.00 |
| 3 | Hours of Paralegal Time @ | 90.00 | 270.00 |
| | SUB-TOTAL | | 2,272.18 |
| 1 | COURTESY DISCOUNT | -10.00% | -227.22 |
| | SUB-TOTAL | | 2,044.96 |

*WE ACCEPT ALL MAJOR CREDIT CARDS AND WIRE TRANSFERS*

| | |
|---|---|
| SUBTOTAL | $2,044.96 |
| TAX (8.875%) | $181.49 |
| TOTAL | $2,226.45 |
| MONEY ON ACC'T | $0.00 |
| BALANCE DUE | $2,226.45 |

Thank you for your business.



**RECORD PRESS INC.**
Decades of Experience — Cutting Edge Technology
Since 1945

229 West 36th Street, New York, NY 10018
Phone (212) 619-4949   Fax (212) 226-2787
e-mail: accounting@recordpress.com
Federal I.D. Number 13-5654050

**INVOICE   83914**

Refer To Invoice # with Payment

PAID 12/19/2011

| SOLD TO: | JAMES P. BONNER, ESQ. STONE BONNER & ROCCO LLP 260 MADISON AVENUE, 17TH FLOOR NEW YORK, N.Y. 10016-2401 |
|---|---|

| INVOICE DATE |
|---|
| 10/31/2011 |
| **CUSTOMER PHONE** |
| 212 239-4340 |
| **CUSTOMER FAX** |
| 212 239-4310 |

| PURCHASE ORDER | PRINT ORDER No. | Due Date | NET TERMS | ACCT ... | PROGRAM No. | JOB NUMBER |
|---|---|---|---|---|---|---|
| | | 11/15/2011 | Net 15 | VM | | 30598 |

### LINDE vs. ARAB BANK

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | For reprints of the above-referenced: APPENDIX United States Court of Appeals for the Second Circuit | | |
| 6 | Printing of 6 Covers and Binding @ | 6.00 | 36.00 |
| 1,320 | 440 Pages Text x 3 Copies @ | 0.14 | 184.80 |
| 3 | Crack-n-Peel Covers @ | 3.00 | 9.00 |
| 1 | Court Filing @ | 50.00 | 50.00 |
| | SUB-TOTAL | | 279.80 |

Introducing E-Z Pay
For your convenience credit cards payments can be processed through our link
https://payments.recordpress.com/

| | |
|---|---|
| **SUBTOTAL** | $279.80 |
| **TAX (8.875%)** | $24.83 |
| **TOTAL** | $304.63 |
| **MONEY ON ACC'T** | -$304.63 |
| **BALANCE DUE** | $0.00 |

Thank you for your business.



# INVOICE 82844

Refer To Invoice # with Payment

**Decades of Experience — Cutting Edge Technology**
Since 1945
229 West 36th Street, New York, NY 10018
Phone (212) 619-4949  Fax (212) 220-2767
e-mail: accounting@recordpress.com
Federal I.D. Number 13-5654060

| SOLD TO: | JAMES P. BONNER, ESQ.<br>STONE BONNER & ROCCO LLP<br>260 MADISON AVENUE, 17TH FLOOR<br>NEW YORK, N.Y. 10016-2401 |
|---|---|

| INVOICE DATE |
|---|
| 5/17/2011 |
| **CUSTOMER PHONE** |
| 212 239-4340 |
| **CUSTOMER FAX** |
| 212 239-4310 |

| PURCHASE ORDER | PRINT ORDER No. | Due Date | NET TERMS | ACCT... | PROGRAM No. | JOB NUMBER |
|---|---|---|---|---|---|---|
| | | 5/17/2011 | UPON RECEIPT | VM | | 29405 |

### LINDE vs. ARAB BANK

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | For printing and binding 19 copies each of the above-referenced 109 pages:<br>CONFIDENTIAL/NON-CONFIDENTIAL BRIEF<br>United States Court of Appeals for the Second Circuit<br><br>CONFIDENTIAL/NON-CONFIDENTIAL/SEALED | | |
| 1 | 2-Sided Cover @ | 150.00 | 150.00 |
| 6,213 | 109 Pages Text x 19 Copies Combined @ | 0.17 | 1,056.21 |
| 57 | Perfect Bound Books @ | 3.00 | 171.00 |
| 1 | 3 Blue Sheets @ | 15.00 | 15.00 |
| | SUB-TOTAL | | 1,392.21 |
| 1 | COURTESY DISCOUNT | -10.00% | -139.22 |
| 2 | Electronic Filing and Service of Brief @ | 45.00 | 90.00 |
| 2 | Party Filed @ | 50.00 | 100.00 |
| 16 | Party Served @ | 5.00 | 80.00 |
| | SUB-TOTAL | | 1,522.99 |
| 2 | Hand Deliveries @ | 10.00 | 20.00 |
| 1 | 18 Federal Express Priority Overnight Shipment @ | 934.98 | 934.98 |

*WE ACCEPT ALL MAJOR CREDIT CARDS AND WIRE TRANSFERS*

| | |
|---|---|
| **SUBTOTAL** | $2,477.97 |
| **TAX (8.875%)** | $219.92 |
| **TOTAL** | $2,697.89 |
| **MONEY ON ACC'T** | $0.00 |
| **BALANCE DUE** | $2,697.89 |

Thank you for your business.